NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001327
23-OCT-2013
09:20 AM

NO. CAAP-13-0001327

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREGORY ALLAN LEE, Plaintiff-Appellant/Cross-Appellee, v.
BOBBI ANN LEE, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 01-1-2793)

ORDER OF CORRECTION
(By: Nakamura, C.J., for the court[1])

The Order, filed on October 21, 2013, is hereby corrected as follows:

1.   On page 1, in the title of the order, the reference to "CAAP-13-3127" is corrected to read "CAAP-13-1327".

2.   On page 1, paragraph 1, on lines 4 and 5, the reference to "CAAP-13-3127" is corrected to read "CAAP-13-1327".

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i,  October 23, 2013.

FOR THE COURT:

*[signature]*

Chief Judge

---

[1] Nakamura, C.J., Leonard and Reifurth, JJ.